**MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK S. ADAMS, ESQ.
CA State Bar No. 78706

**Attorneys for Plaintiff,
JULIUS ESTRADA**

Steven R. Blackburn, Esq.
CA State Bar No. 154797
Matthew A. Goodin, Esq.
CA State Bar No. 169674
EPSTEIN, BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415-398-3500

S. Mark Klyza, Esq.
A. Nicole Seale, Esq.
The Kullman Firm
1100 Poydras Street
1600 Energy Center
New Orleans, LA 70163
Telephone: 504-524-4162

**Attorneys for Defendants
CAPTIVE PLASTICS AND CHRIS WALKER**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIUS ESTRADA, an individual,** | **Case No.: 2:08-cv-2356-MCEDAD** |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| **CAPTIVE PLASTICS, CHRIS WALKER, and DOES 1-100, inclusive,** | |
| Defendants. | |

The Court, having reviewed the parties' executed stipulation for dismissal, which has been denominated as a Joint Motion to Dismiss, and good cause appearing therefor,

1    IT IS HEREBY ORDERED that based on the settlement of this matter, Plaintiff's claims are dismissed in their entirety, with prejudice, each party to bear its own costs.  The Clerk of Court is hereby directed to close the file.

DATED: January 27, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE